THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>　　　Plaintiff,<br><br>v.<br><br>PNS Stores, Inc. dba Big Lots #4265, et al.,<br><br>　　　Defendants. | No. CV 14-9543-GW(MRWx)<br><br>**Order re: Joint Stipulation for Dismissal** |

*Vogel v. PNS Stores, Inc., et al.,*　　　　　　　　　　　　　　Case No. CV14-09543 GW (MRWx)
Order re: Joint Stipulation for Dismissal
Page 1

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendants PNS Stores, Inc.; Flora A. Patencio fka Flora A. Cruz; Giannini & Falabrino Prop.; Christine Marie Falabrino Sofranko, Trustee of the Christine Marie Falabrino Sofranko Trust under the Michael L. Falabrino Revocable Trust dated April 7, 1986, as amended March 19, 1990; Peter E. Giannini, Trustee of the Mercedes Giannini Trust established under Trust Agreement dated July 1, 1999; Regina M. Giannini, Trustee of the Mercedes Giannini Trust established under Trust Agreement dated July 1, 1999; Sharon R. Giannini, Trustee of the Mercedes Giannini Trust established under Trust Agreement dated July 1, 1999; Regina M. Giannini, Trustee of the Giannini 2012 Irrevocable Trust dated September 20, 2012; and, Sharon R. Giannini, Trustee of the Giannini 2012 Irrevocable Trust dated September 20, 2012,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: December 1, 2015

_____
GEORGE H. WU, U.S. District Judge

*Vogel v. PNS Stores, Inc., et al.,*   Case No. CV14-09543 GW (MRWx)
Order re: Joint Stipulation for Dismissal
Page 2